IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITA PARTNERS XXX, LLC,

     Plaintiffs,

v.

FISH RUN, LLC, a Wyoming limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual; and
CANDEE C. SPIZZIRRI, an individual;,

     Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **December 7, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 30, 2012.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

     Dated: October 25th, 2012

                                 BY THE COURT:
                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge