# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

    Plaintiff,

v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual;
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO;
and
MARABOU OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation.

    Defendants.

_____

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT
_____

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint (the "Motion"), and the Court being fully advised, hereby:

**GRANTS** the Motion, and **ORDERS** that Plaintiff's First Amended Complaint, attached as Exhibit A to the Motion, is accepted and deemed properly filed as of the date of this Order.

The revised case caption above shall be used on all subsequent pleadings.

DATED: December 27th, 2012.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch
                                                Senior District Court Judge