**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

    Plaintiff,

v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual;
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO;
and
MARABOU OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation.

    Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION TO TRANSFER
_____

    On December 6, 2012, the defendants filed a motion to transfer this civil action to the United States District Court for the Central District of California. On December 26, 2012, the plaintiff filed a motion for leave to file a first amended complaint. That motion has been granted. Given that the First Amended Complaint seeks judicial foreclosure of the subject real property located in Colorado, it is

    ORDERED that the defendants' motion to transfer is denied.

    DATED: December 27th , 2012

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge