**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

    Plaintiff,

v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual;
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO; and
MARABOU OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation.

    Defendants.
_____

### ORDER GRANTING SUBSTITUTION OF COUNSEL FOR PLAINTIFF
_____

    Upon consideration of the Notice of Withdrawal, Substitution of Counsel and Entry of Appearance [24] filed January 4, 2013, it is

    ORDERED that the law firm of Holland & Hart LLP and attorneys Christopher James Heaphey and Sean Michael Hanlon are permitted to withdraw as counsel for the plaintiff and the Clerk is directed to terminate their electronic service.  It is

    FURTHER ORDERED that Darrel G. Wass, Patricia C. Campbell and the law firm of Waas Campbell Rivera Johnson & Velasquez LLP are substituted as counsel for the plaintiff.

    DATED: January 7th , 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge