**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

    Plaintiff,
v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual;
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO; and
MARABOU OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation.

    Defendants.
_____

### ORDER EXTENDING TIME TO RESPOND TO DISCOVERY
_____

    Upon review of Plaintiff's Unopposed Motion for Extension of Time to Respond to Discovery [27] filed January 7, 2013, it is

    ORDERED that the motion is granted and Plaintiff's Responses to Defendants' First Set of Request for Production of Documents, First Set of Special Interrogatories and First Set of Request for Admission are due on or before February 1, 2013.

    DATED: January 8th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge