**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

    Plaintiff

v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual; and
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO.

    Defendants.

**ORDER EXCUSING DEFENDANT PUBLIC TRUSTEE FROM PARTICIPATION IN ALTERNATE DISPUTE RESOLUTION AND TRIAL, AND FROM COMPLIANCE WITH FEDERAL RULES OF CIVIL PROCEDURE 16 AND 26**

Based upon the Unopposed Motion of Defendant Public Trustee to be Excused from Participation in Alternate Dispute Resolution and Trial, and from Compliance with Federal Rules of Civil Procedure 16 and 26 and good cause appearing therefore, it is hereby ordered that the Public Trustee of Routt County is excused from participation in any alternate dispute resolution that may be ordered and trial, and from compliance with Federal Rules of Civil Procedure 16 and 26.

2

Dated at Denver, Colorado, this 30th day of January, 2013.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge