IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

      Plaintiff,
v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual; and
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO,

      Defendants.
_____

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
_____

      Upon reviewing the Defendants' Opposition to Motion to Compel Deposition of Thomas H. Parr, an individual defendant in this civil action, which seeks to have Mr. Parr's deposition taken in Southern California, it is now

      ORDERED that the motion compel is granted, the deposition of Defendant Thomas H. Parr will be taken in Denver, Colorado, at a time and place to be agreed upon by counsel.

      DATED: March 7th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge