IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

 Plaintiff,
v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual; and
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO,

 Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

 Pursuant to D.C.COLO.LCivR 16, it is

 ORDERED that a scheduling conference will be held on **April 24, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 18, 2013.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

 DATED: March 12th, 2013

             BY THE COURT:

             s/Richard P. Matsch
             _____
             Richard P. Matsch, Senior District Judge