**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                           October 4, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC,                              Patricia C. Campbell
a Delaware limited liability company,

     Plaintiff,
v.

FISH RUN, LLC, a Wyoming limited liability company;          Jay B. Freedman
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual; and
CANDEE C. SPIZZIRRI, an individual; and
BRITA HORN, named herein as the Public Trustee of Routt County, Colorado,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**3:00 p.m.          Court in session.**

Court's preliminary remarks.

Ms. Campbell states current status of the document requests and depositions.

Mr. Freedman states he agrees with Ms. Campbell's status statements.
Statements by Mr. Freedman.

Statements by Ms. Campbell.
Further statements by Mr. Freedman.
Mr. Freedman agrees to research computer/email issue further.

**ORDERED:     Discovery cut-off extended to November 29, 2013.**
                        **Plaintiff's Motion to Compel [48], resolved as stated on record and denied in all further respects with respect to Spizzirri.**

**3:22 p.m.          Court in recess.**          Hearing concluded.  Total time: 22 min.