IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02753-RPM

WM CAPITAL PARTNERS XXX, LLC, a Delaware limited liability company,

      Plaintiff,

v.

FISH RUN, LLC, a Wyoming limited liability company;
AUTO ORANGE II, LLC, a California limited liability company;
THE PARR LIVING TRUST, a trust;
THOMAS H. PARR, an individual;
MONICA M. PARR, an individual;
THE SPIZZIRRI FAMILY TRUST, a trust;
MARC J. SPIZZIRRI, an individual;
CANDEE C. SPIZZIRRI, an individual; and
BRITA HORN named herein as the PUBLIC TRUSTEE OF ROUTT COUNTY, COLORADO,

      Defendants.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal without Prejudice [56] filed today, it is

ORDERED that this action is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

DATED: November 4th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge